FOURTH DEPARTMENT, JANUARY, 1971

(January 7, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP PALERMO, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Gabrielli and Henry, JJ.